Certificate Number: 15317-NJ-DE-032803661

Bankruptcy Case Number: 19-16266



15317-NJ-DE-032803661

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 11, 2019, at 10:46 o'clock AM PDT, Brian James completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 11, 2019                By:    /s/Jerry Fajardo

                                    Name:  Jerry Fajardo

                                    Title: Counselor