UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    Case No.: 19-16266-JNP
                                          Chapter: 7
Brian J. James                            Judge:    Jerrold N. Poslusny Jr.

### NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

---

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

---

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on July 9, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

---

Description and value of property:

$130,992.00   809 Cedar Lane Pleasantville, NJ 08232

---

Liens on property:

$190,000.00  Mr Cooper

---

Amount of Equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger

Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No. (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:  
Brian J. James  
    Debtor

Case No. 19-16266-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: May 29, 2019  
                     Form ID: pdf905    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.

```
db              +Brian J. James,    505 Tremont Avenue,    Pleasantville, NJ 08232-4385
518148307       +Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
518148311       +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
518148312       +Geico,    One Geico Plaza,    Bethesda, MD 20810-0001
518162037       +HSBC Bank USA, NA as Trustee,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                  Westmont, NJ 08108-2812
518148315       +Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
518148314       +Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
518148317        KML Law Group, PC,    216 Haddon Avenue,    Westmont, NJ 08108
518148319       +Mr. Cooper,    8950 Cyrpess Waters Boulevard,    Coppell, TX 75019-4620
518148320       +Mutcho Law Offices, LLC,    22 North Shore Road,    Absecon, NJ 08201-2148
518148321        Nationstar Mortgage, LLC,    8950 Cyrpress Waters Boulevard,    Dallas, TX 75063
518148323       +PNC,    PO Box 856177,    Louisville, KY 40285-6177
518148326       +Selip & Stylianou, LLC,    PO Box 0914,    Paramus, NJ 07653-0914
518148329       +Tenaglia & Hunt,    395 West Passaic Street,    Rochelle Park, NJ 07662-3016
518148330       +The Children's Hospital of Philadelphia,    PO Box 822520,    Philadelphia, PA 19182-2520
518148331       +Wells Fargo/Bob's Furniture,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 30 2019 00:23:01      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2019 00:22:57      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
518148308       +E-mail/Text: documentfiling@lciinc.com May 30 2019 00:21:48      Comcast,    PO Box 3001,
                   Southeastern, PA 19398-3001
518148309       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2019 00:22:41      Comenity - Kay Jewelers,
                   PO Box 659728,    San Antonio, TX 78265-9728
518148310        E-mail/Text: mrdiscen@discover.com May 30 2019 00:21:52      Discover,    PO Box 15316,
                   Wilmington, DE 19850
518148313       +E-mail/Text: Harris@ebn.phinsolutions.com May 30 2019 00:23:59      Harris & Harris LTD,
                   111 West Jackson Boulevard,    Chicago, IL 60604-4135
518148318       +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2019 00:22:56      MCM,
                   2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
518148322       +E-mail/PDF: cbp@onemainfinancial.com May 30 2019 00:27:26      Onemain,    PO Box 64,
                   Evansville, IN 47701-0064
518148324        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2019 00:40:49
                   Portfolio Recovery,    120 Corporate Boulevard,    Norfolk, VA 23502
518148325       +E-mail/Text: ebn_bkrt_forms@salliemae.com May 30 2019 00:23:32      Sallie Mae,    PO Box 3229,
                   Wilmington, DE 19804-0229
518148327       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2019 00:26:55      Syncb/Old Navy,    PO Box 965005,
                   Orlando, FL 32896-5005
518148328       +E-mail/PDF: gecsedi@recoverycorp.com May 30 2019 00:27:31      Synchrony Bank/Lowe's,
                   PO Box 530914,    Atlanta, GA 30353-0914
                                                                                                TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518148316      ##+HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                            Signature:  /s/Joseph Speetjens

```
District/off: 0312-1              User: admin                Page 2 of 2                  Date Rcvd: May 29, 2019
                                  Form ID: pdf905            Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
            Brian S. Thomas    on behalf of Debtor Brian J. James brian@brianthomaslaw.com
            Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
             nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
             dss@trustesolutions.net
            Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
             jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
            Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee,
             et al. kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```