**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brian J. James<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6783<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–16266–JNP | |

## Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian J. James

6/28/19                                                                **By the court:**   Jerrold N. Poslusny Jr.
                                                                                             United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Brian J. James  
    Debtor

Case No. 19-16266-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jun 28, 2019  
                           Form ID: 318    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2019.

```
db          +Brian J. James,    505 Tremont Avenue,    Pleasantville, NJ 08232-4385
518148311   +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
518148312   +Geico,    One Geico Plaza,    Bethesda, MD 20810-0001
518162037   +HSBC Bank USA, NA as Trustee,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
              Westmont, NJ 08108-2812
518148315   +Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
518148317    KML Law Group, PC,    216 Haddon Avenue,    Westmont, NJ 08108
518148319   +Mr. Cooper,    8950 Cyrpess Waters Boulevard,    Coppell, TX 75019-4620
518148320   +Mutcho Law Offices, LLC,    22 North Shore Road,    Absecon, NJ 08201-2148
518148321    Nationstar Mortgage, LLC,    8950 Cyrpress Waters Boulevard,    Dallas, TX 75063
518148323   +PNC,    PO Box 856177,    Louisville, KY 40285-6177
518148326   +Selip & Stylianou, LLC,    PO Box 0914,    Paramus, NJ 07653-0914
518148329   +Tenaglia & Hunt,    395 West Passaic Street,    Rochelle Park, NJ 07662-3016
518148330   +The Children's Hospital of Philadelphia,    PO Box 822520,    Philadelphia, PA 19182-2520
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2019 01:25:15     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 29 2019 01:25:11     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518148307   +EDI: CITICORP.COM Jun 29 2019 04:48:00      Citibank,   PO Box 6241,
              Sioux Falls, SD 57117-6241
518148308   +EDI: COMCASTCBLCENT Jun 29 2019 04:48:00      Comcast,   PO Box 3001,
              Southeastern, PA 19398-3001
518148309   +EDI: WFNNB.COM Jun 29 2019 04:48:00     Comenity - Kay Jewelers,   PO Box 659728,
              San Antonio, TX 78265-9728
518148310    EDI: DISCOVER.COM Jun 29 2019 04:48:00      Discover,   PO Box 15316,   Wilmington, DE 19850
518148316   +EDI: HFC.COM Jun 29 2019 04:48:00     HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
518148313   +EDI: PHINHARRIS Jun 29 2019 04:48:00     Harris & Harris LTD,   111 West Jackson Boulevard,
              Chicago, IL 60604-4135
518148314   +EDI: CITICORP.COM Jun 29 2019 04:48:00      Home Depot,   PO Box 6497,
              Sioux Falls, SD 57117-6497
518148318   +EDI: MID8.COM Jun 29 2019 04:48:00     MCM,   2365 Northside Drive, Suite 300,
              San Diego, CA 92108-2709
518148322   +EDI: AGFINANCE.COM Jun 29 2019 04:48:00      Onemain,   PO Box 64,   Evansville, IN 47701-0064
518148324    EDI: PRA.COM Jun 29 2019 04:48:00     Portfolio Recovery,   120 Corporate Boulevard,
              Norfolk, VA 23502
518148325   +EDI: SALLIEMAEBANK.COM Jun 29 2019 04:48:00      Sallie Mae,   PO Box 3229,
              Wilmington, DE 19804-0229
518148327   +EDI: RMSC.COM Jun 29 2019 04:48:00     Syncb/Old Navy,   PO Box 965005,
              Orlando, FL 32896-5005
518148328   +EDI: RMSC.COM Jun 29 2019 04:48:00     Synchrony Bank/Lowe's,   PO Box 530914,
              Atlanta, GA 30353-0914
518148331   +EDI: WFFC.COM Jun 29 2019 04:48:00     Wells Fargo/Bob's Furniture,   PO Box 14517,
              Des Moines, IA 50306-3517
                                                                                              TOTAL: 16
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                                         Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                 Page 2 of 2            Date Rcvd: Jun 28, 2019
                              Form ID: 318                Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
              Brian S. Thomas    on behalf of Debtor Brian J. James brian@brianthomaslaw.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee, et al.
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee,
               et al. kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```